UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL KOTLER et al., Plaintiffs, -v- IATSE LOCAL USA 829 et al., Defendants. | 26-CV-6183 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

On October 20, 2026, Defendants filed motions to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **November 10, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motions to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motions to dismiss. If Defendants file answers or new motions to dismiss, the Court will deny the previously filed motions to dismiss as moot. If Defendants file new motions to dismiss or indicate that they rely on their previously filed motions to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiffs shall file any opposition to the motions to dismiss by **November 10, 2026**. Defendants' replies, if any, shall be filed by **November 17, 2026**.

Finally, it is further ORDERED that the initial pretrial conference previously scheduled for November 10, 2026 is adjourned *sine die*.

SO ORDERED.

Dated: October 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge